EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Chief, Violent Crimes Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 17 2003

at ____ o'clock and ____ min ____ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03 00458 SOM |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [21 U.S.C. §844] |
| | ) | |
| JOSEPH PETER RICHARDS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

INDICTMENT

[21 U.S.C. §844]

The Grand Jury charges that:

On or about August 30, 2003, in Hawaii Volcanoes National Park, in the District of Hawaii, a place within the special maritime and territorial jurisdiction of the United States, defendant, JOSEPH PETER RICHARDS, having been convicted of any drug, narcotic, or chemical offenses chargeable under the

laws of any State, did intentionally and knowingly possess methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 844.

DATED: September 17, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crimes Section

EDRIC M. CHING
Assistant U.S. Attorney

UNITED STATES v. JOSEPH PETER RICHARDS
CR. NO.
"INDICTMENT"

2