ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AO 245D (Rev. 8/96)  Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court

## District of Hawaii

JUN 3 0 2004

at 3 o'clock and 94 min. P M.
WALTER A.Y.H. CHINN, CLERK

UNITED STATES OF AMERICA

v.

**JOSEPH PETER RICHARDS**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number:     <u>1:03CR00458-001</u>
USM Number:          89343-022

<u>Donna Gray, AFPD</u>
Defendant's Attorney

### THE DEFENDANT:

[✔]   admitted guilt to violation of conditions <u>Standard Condition No. 2, Special Condition No. 1, and Special Condition No. 3</u> of the term of supervision.

[ ]   was found in violation of condition(s) _____ after denial or guilt.

| <u>Violation Number</u> | <u>Nature of Violation</u> | <u>Date Violation Occurred</u> |
|---|---|---|
| See next page. | | |

        The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]     The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

        IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:

Defendant's Residence Address:
**Waiahole Valley Road**
**Kaneohe, Hawaii 96744**

Defendant's Mailing Address:
**Waiahole Valley Road**
**Kaneohe, Hawaii 96744**

JUNE 25, 2004
Date of Imposition of Sentence

Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

6-30-04
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| | |
|---|---|
| CASE NUMBER: | 1:03CR00458-001 |
| DEFENDANT: | JOSEPH PETER RICHARDS |

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject changed his residence without prior approval of the Probation Office | 3/7/04 |
| 2 | Subject failed to participate in substance abuse treatment. | 3/1/04 and 3/9/04 |
| | Subject refused to report for drug testing | 3/10/04 |
| 3 | Subject failed to report to the Probation Office as instructed | 3/25/04, 5/10/04, 5/17/04 and 6/2/04 |

AO 245B (Rev. 8/96)  Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER:        1:03CR00458-001 | Judgment - Page 3 of 3 |
| DEFENDANT:          JOSEPH PETER RICHARDS | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of SIX (6) MONTHS .

[✔]    The court makes the following recommendations to the Bureau of Prisons:
FCI Fort Dix, New Jersey.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___ .
[ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___ .
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By _____
Deputy U.S. Marshal