UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
APR 1 8 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JOSEPH PETER RICHARDS, <br><br> Defendant - Appellant. | No. 04-10383 <br><br> D.C. No. CR-03-00458-SOM <br> District of Hawaii, <br> Honolulu <br><br> ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 1 2005

at 11 o'clock and ___ min A M.
WALTER A. Y. H. CHINN, CLERK

This case is hereby removed from the calendar scheduled for May 13, 2005, in Honolulu, Hawaii, and dismissed as moot. The certified copy of this order shall constitute the mandate of this court.

FOR THE COURT,

CATHY A. CATTERSON
CLERK OF COURT

By: Howard Hom
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

APR 1 8 2005

by: _____
       Deputy Clerk